

EXHIBIT
A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUHAD A. BARAKAT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. |
| GREG MARTIN, and HOME RUN, INC, | ) ) **09L013244** |
| Defendants. | ) ) |



## COMPLAINT AT LAW

### COUNT I

NOW COMES the Plaintiff, SUHAD A. BARAKAT, by and through her attorneys, LAW OFFICES OF PETER G. LIMPERIS, and complaining of the Defendant, GREG MARTIN, states as follows:

(1) On October 9, 2008, the Plaintiff, Suhad A. Barakat, was operating a motor vehicle in a general southerly direction along and upon Interstate 294 at or about Mile Post 39.3, Leyden Township, Cook County, Illinois.

(2) At said time and place, the Defendant, Greg Martin, was operating a semi tractor and trailer in a general southerly direction along and upon Interstate 294 at a distance to the rear of the vehicle operated by the Plaintiff.

(3) At said time and place and prior thereto, it was the duty of the Defendant, Greg Martin, to exercise reasonable and ordinary care with respect to the operation of the vehicle which was then under his control so as to avoid creating an unreasonable risk of harm to the Plaintiff, Suhad Barakat.

(4) That the Defendant, Greg Martin, then and there breached his duty of care to the Plaintiff, Suhad A. Barakat, by one or more of the following acts of omission or commission:

    (a) Carelessly and negligently operated a motor vehicle at a speed which was too fast for conditions in violation of the Illinois Vehicle Code, Section 11-601(a);

    (b) Carelessly and negligently operated a motor vehicle at a speed in excess of

the applicable speed limit, in violation of the Illinois Vehicle Code, Section 11-601(b);

(c) Carelessly and negligently failed to keep a proper and sufficient lookout;

(d) Carelessly and negligently followed another vehicle too closely in violation of the Illinois Vehicle Code, Section 11-710;

(e) Carelessly and negligently failed to reduce speed though he knew, or in the exercise of reasonable care should have known that he was overtaking the vehicle of the Plaintiff;

(f) Carelessly and negligently operated a motor vehicle with defective brakes in violation of the Illinois Vehicle Code, Section 12-301;

(g) Carelessly and negligently operated a motor vehicle, specifically a semi tractor and trailer with an unsafe load;

(h) Otherwise carelessly and negligently operated a motor vehicle.

(5) As a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, Greg Martin, a collision occurred whereby the front of the tractor of the semi tractor and trailer operated by Defendant, Greg Martin, struck the rear of the vehicle operated by the Plaintiff, Suhad A. Barakat.

(6) As a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, Greg Martin, the Plaintiff, Suhad Barakat, was injured in body and mind and became sore, lame and disabled and suffered pain and anguish and will continue to so suffer in the future; further, the Plaintiff was caused to incur medical bills and expenses in endeavoring to be cured of her said injuries and will incur further such expenses in the future; further, the Plaintiff was prevented from attending to her ordinary daily activities and affairs and suffered a disability and/or loss of normal life which she will continue to suffer in the future.

WHEREFORE, the Plaintiff, SUHAD BARAKAT, prays for judgment against the Defendant, Greg Martin, in a sum of money in excess of the Thirty Thousand Dollar jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois plus the costs of this action.

2

## COUNT II

NOW COMES the Plaintiff, SUHAD BARAKAT, by and through her attorneys, LAW OFFICES OF PETER G. LIMPERIS, and complaining of the Defendant, HOME RUN, INC., states as follows:

(1-6) Plaintiff re-alleges and incorporates herein paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count II, as if fully set out herein.

(7) At all times mentioned herein and pertinent hereto, the Defendant, Greg Martin, was operating the semi tractor trailer truck as employee, agent or servant of the Defendant, Home Run, Inc.

(8) That at all times mentioned herein and pertinent hereto, the Defendant, Greg Martin, was operating the semi tractor and trailer during the course and hours of his employment by Defendant, Home Run, Inc., and for the use and benefit of Defendant, Home Run, Inc.

WHEREFORE, the Plaintiff, SUHAD A. BARAKAT, prays for judgment against the Defendant, HOME RUN, INC., in a sum of money in excess of the $30,000.00 jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois, plus the costs of this action.

Respectfully submitted,

Plaintiff, Suhad A. Barakat,

By: _____
Sam Panger, Jr., One of her Attorneys

Sam Panger, Jr., Esq.
LAW OFFICES OF PETER G. LIMPERIS
Attorney for Plaintiff
5624 West 79th Street, 2nd Floor
Burbank, Illinois 60459
(708) 857-9787
Office Code No. 27753